JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED MAY 11 2005

CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAY 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

    A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation

### Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

### District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

### Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

### Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237



ADR

# U.S. District Court
## Northern District of New York [LIVE - Version 2.4] (Syracuse)
### CIVIL DOCKET FOR CASE #: 5:05-cv-00032-FJS-GJD

| | |
|---|---|
| Vercillo v. Pfizer Inc. | Date Filed: 01/11/2005 |
| Assigned to: Chief Judge Frederick J. Scullin, Jr | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Gustave J. DiBianco | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: Onondaga County Supreme Court, 7830/2004 | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal- Personal Injury | |

**Plaintiff**

**Frank Vercillo, Jr.**     represented by     **Eleanor L. Polimeni**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
800-634-1212
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by     **Dennis E. Glazer**
Davis, Polk Law Firm
Room 3030
450 Lexington Avenue
30th Floor
New York, NY 10017
212-450-4000
Fax: 212-450-5988
Email: glazer@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company LLC*     represented by     **Dennis E. Glazer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| Warner-Lambert Company | represented by **Dennis E. Glazer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Warner-Lambert Company LLC** | represented by **Dennis E. Glazer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2005 | 1 | NOTICE OF REMOVAL from Onondaga County Supreme Court, case number 7830/2004 (Filing fee $ 150 receipt number ALB000381) filed by Pfizer Inc..(wbl, ) (Entered: 01/14/2005) |
| 01/11/2005 | 2 | NOTICE of Defts' Disclosure of Interested Persons Pursuant to Federal Rule of Civil Procedure 7.1 by Parke-Davis, Warner-Lambert Company, Warner-Lambert Company LLC, Pfizer Inc. (wbl, ) (Entered: 01/14/2005) |
| 01/11/2005 | 3 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 6/1/2005 10:00 AM in Syracuse before Magistrate Judge Gustave J. DiBianco. Civil Case Management Plan due by 5/23/2005. (wbl, ) (Entered: 01/14/2005) |
| 02/24/2005 | 4 | NOTICE of Appearance by Eleanor L. Polimeni on behalf of Frank Vercillo, Jr (Polimeni, Eleanor) (Entered: 02/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:30:39 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:05-cv-00032-FJS-GJD |
| Billable Pages: | 1 | Cost: | 0.08 |