# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 11, 2005

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Thornton:

A conditional transfer order was filed in the above matter on <u>April 13, 2005</u>. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
   Deputy Clerk

Enclosures

cc: Transferee Judge:  Judge Patti B. Saris
    Transferor Judges: Judge Joel A. Pisano; Judge Jed S. Rakoff; Judge Frederick J. Scullin, Jr.;
                       Judge William H. Steele
    Transferor Clerks: Charles R. Diard, Jr.; J. Michael McMahon; Lawrence K. Baerman;
                       William T. Walsh

JPML Form 68

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 1 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE A)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE A

MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

### Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.,* C.A. No. 1:04-768

### District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.,* C.A. No. 2:04-6257

### Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.,* C.A. No. 5:05-32

### Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.,* C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.,* C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.,* C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.,* C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.,* C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.,* C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.,* C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.,* C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.,* C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.,* C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.,* C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.,* C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.,* C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.,* C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.,* C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.,* C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.,* C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.,* C.A. No. 1:05-237

# INVOLVED COUNSEL LIST
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburg, NY 12550

Kenneth Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburg, NY 12550-3341

Dennis E. Glazer
Davis, Polk & Wardwell
450 Lexington Avenue
Room 3030
New York, NY 10017

David E. Gross
Finkelstein & Partners, LLP
50 Park Place
10th Floor
Newark, NY 07102

Andrew B. Johnson
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue, North
Birmingham, AL 35203

Nancy Y. Morgan
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Richard G. Placey
Montgomery, McCracken, Walker & Rhoads
Liberty View, 6th Floor
457 Haddonfield Road
Cherry Hill, NJ 08002

Eleanor Louise Polimeni
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Frank Woodson
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Mary Ellen Wright
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Erik M. Zissu
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

```
MIME-Version:1.0
From:ecf.notification@nynd.uscourts.gov
To:NYND_ECFQC@nynd.uscourts.gov
Message-Id:<401480@nynd.uscourts.gov>
Bcc:
Subject:Activity in Case 5:05-cv-00032-FJS-GJD Vercillo v. Pfizer Inc. "Notice
(Other)"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the filed
documents once without charge. To avoid later charges, download a copy of each
document during this first viewing.<!-- rcsid='\$Header:
/ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
U.S. District Court
Northern District of New York [LIVE - Version 2.4]

Notice of Electronic Filing
The following transaction was entered on 5/19/2005 at 3:33 PM EDT and filed on
5/19/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25
07:52:35-04 loy Exp \$'
Case Name: Vercillo v. Pfizer Inc.
Case Number: 5:05-cv-32 https://ecf.nynd.uscourts.gov/cgi-bin/DktRpt.pl?58124

Document Number: 6
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
https://ecf.nynd.uscourts.gov/cgi-bin/show_case_doc?6,58124,,MAGIC,

Docket Text:
NOTICE/COPY OF ORDER FROM Judicial Panel on Multidistrict Litigation; Case is
hereby transferred to the District of Massachusetts (kcl, )

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1051896954 [Date=5/19/2005] [FileNumber=401479-0]
[a6df75df02b3f3e3cd01af983985c07ad1484771aac662f3a9ef7e03c95772790f38f81f2e9f2f5
a1dc2a8dd692b6e92392d12e2a0a10134b1c1c64a29779428]]



<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02
17:37:56-04 bibeau Exp \$' -->
5:05-cv-32 Notice will be electronically mailed to:
Dennis E. Glazer glazer@dpw.com,

Eleanor L. Polimeni epolimeni@lawampm.com,


5:05-cv-32 Notice will be delivered by other means to:
```